IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN D. HENDRY**     **PLAINTIFF**

v.     **Civil No. 1:15cv234-HSO-JCG**

**KRAFT FOODS GROUP, INC., f/k/a
KRAFT FOODS GLOBAL, INC.;
ACE AMERICAN INSURANCE COMPANY;
ESIS, INC.; AETNA INSURANCE COMPANY;
And FICTITIOUS DEFENDANTS ABC, DEF,
GHI, JKL, MNO, PQR, STU, and VWX**     **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on the Agreed Order of Dismissal with Prejudice of Plaintiff John D. Hendry's claims against Defendant Aetna Life Insurance Company(designated in the Complaint as "Aetna Insurance Company"). The Court, after a full review and consideration of the pleadings on file, the record as a whole, and all relevant legal authorities, finds that in accord with its Agreed Order of Dismissal With Prejudice entered this date, the Court's Orders [49] [50],

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 14th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE